UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| Juliette Sutton, ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | **JUDGMENT** |
| ) | | |
| Carolyn W. Colvin, ) | | No. 4:15-CV-93-BO |
| *Acting Commissioner of Social Security*, ) | | |
| Defendant. ) | | |
| ) | | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff's motion for judgment on the pleadings [DE 24] is GRANTED, defendant's motion for judgment on the pleadings [DE 27] is DENIED. The decision of the Commissioner is REVERSED, and the matter is REMANDED to the Commissioner for an award of benefits.

This case is closed.

<u>**This judgment filed and entered on May 13, 2016, and served on:**</u>

Meredith S. Hinton (via CM/ECF Notice of Electronic Filing)
David M. Mansfield (via CM/ECF Notice of Electronic Filing)
Gabriel R. Deadwyler (via CM/ECF Notice of Electronic Filing)
Kimberly A. Moore (via CM/ECF Notice of Electronic Filing)

May 13, 2016

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk